Jeremy T. Bergstrom, Esq.                                    E-filed on <u>July 9, 2009</u>
Attorney Bar No. 6904
MILES, BAUER, BERGSTROM & WINTERS, LLP
2200 Paseo Verde Pkwy., Suite 250
Henderson, NV  89052
(702) 369-5960 / FAX (702) 369-4955
File No. 09-93099

Attorneys for Secured Creditor
BANK OF AMERICA, NA

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In Re, | BK No.: BK-S-09-20093-BAM |
| SEEMA KHAN, | Chapter 13 |
| Debtor(s). | **REQUEST FOR SPECIAL NOTICE** |

TO THE CLERK OF THE U.S. BANKRUPTCY COURT, THE DEBTOR(S), THE
ATTORNEY OF RECORD, THE TRUSTEE, AND TO ALL PARTIES IN INTEREST.

PLEASE TAKE NOTICE that pursuant to the United States Bankruptcy Code and

Bankruptcy Rules, Secured Creditor, BANK OF AMERICA, NA, requests that all notices given

in this case and all papers served or required to be served in this case (including, but not limited

to, Notice for Meeting of Creditors, Dismissal Order, Discharge Order and Trustee's No-Asset

Report), be given to and served upon the undersigned at the following address and telephone

number.

Jeremy T. Bergstrom, Esq.
MILES, BAUER, BERGSTROM & WINTERS, LLP
2200 Paseo Verde Pkwy., Suite 250
Henderson, NV  89052
PH (702) 369-5960

MILES, BAUER, BERGSTROM & WINTERS, LLP

Dated:   <u>July 8, 2009</u>          By:   <u>/s/ Jeremy T. Bergstrom, Esq.</u>
                                              Jeremy T. Bergstrom, Esq.
                                              Attorney for Secured Creditor

1

## CERTIFICATE OF MAILING

The undersigned hereby certifies that on ___July 9, 2009_____, a copy of the

**Request for Special Notice** was mailed to all interested parties in this proceeding by placing a

true and correct copy thereof enclosed in a sealed envelope with postage pre-paid in the United

States Mail, addressed as follows:

ATTORNEY FOR DEBTOR:
Narrah F. Newark
Weiss  Weiss Newark & Newark
2300 W. Sahara #500, Box 34
Las Vegas, NV 89102

CHAPTER 13 TRUSTEE:
Rick A. Yarnall
701 Bridger Ave. #820
Las Vegas, NV  89101

I declare under penalty of perjury under the laws of the State of Nevada that the

foregoing is true and correct.

_____/s/ Michelle L. Benson_____
An Employee of Miles, Bauer, Bergstrom & Winters, LLP

**(09-93099/rfsnlv.dot/mlb)**

2