## ** SECTION 362 INFORMATION SHEET **

Seema Khan  
DEBTORNV362#

Chapter 13  
Case No.: 09-20093-bam

Wells Fargo Bank, N.A.  
MOVANT  
PROPERTY INVOLVED IN THIS MOTION: 5965 Indian Sunset St., Las Vegas NV 89148

NOTICE SERVED ON: Debtor(s) ___x___ ; Debtor (s) Counsel ___x___ ; Trustee ___x___

DATE OF SERVICE: _____

| MOVING PARTY'S CONTENTIONS: | DEBTOR'S CONTENTIONS: |
|---|---|
| The EXTENT and PRIORITY of LIENS:<br><br>1st Wells Fargo Bank, N.A. (PB $218,183.91)<br><br>Taxes_ Clark County Treasurer (PB $750.00)<br><br>Total Encumbrances: $218,933.91<br><br>APPRAISAL or OPINION as to VALUE:<br>"Per attached Schedule "A" $186,850.00 | The EXTENT and PRIORITY of LIENS:<br><br>1st  218,183.91<br>2nd  750.00<br><br>Total Encumbrances: $ _____<br><br>APPRAISAL or OPINION as to VALUE:<br>186,850.00 |
| **TERMS OF MOVANT'S CONTRACT WITH THE DEBTOR**<br><br>Amount of Note: $218,500.00<br>Interest Rate: 5.0<br>Duration: 30 Year<br>Payment Per Month: $ 1,140.73<br>Date of Default: April 1, 2009<br>Amount of Arrearages:<br>3 Monthly Payments(s) at $957.44 $2,872.32<br>(December 1, 2009 - February 1, 2010)<br>2 Late Charge(s) at $37.50 $75.00<br>(December 1, 2009 - January 1, 2010)<br>Motion for Relief Filing Fee    $150.00<br>Attorneys Fees   $750.00<br>Total    $3,847.32<br><br>Date of Notice of Default: March 30, 2009<br>SPECIAL CIRCUMSTANCES: I, Gregory L. Wilde, hereby certify that an attempt has been made to confer with debtor(s) counsel, or with debtor(s) and that more than two (2) business days have expired, and that after sincere effort to do so, counsel has been unable to resolve this matter without court action.<br><br>SUBMITTED BY:<br>SIGNATURE: | **OFFER OF "ADEQUATE PROTECTION" FOR MOVANT:**<br><br>Make 4/1/10 payment timely. Pay arrears over 6 months beginning 4/30/10<br><br>SPECIAL CIRCUMSTANCES:<br><br>SUBMITTED BY: N. Newark<br>SIGNATURE: |

NEWARK & NEWARK LAW FIRM
RICHARD C. NEWARK, ESQ.
Nevada Bar #002763
NARRAH F. NEWARK, ESQ.
Nevada Bar #008201
201 Las Vegas Blvd, S., #350
Las Vegas, NV 89101
(702) 888-2525
Fax: (702) 888-2526
E-mail: BK@nnbklaw.com
Attorneys for Debtor(s)

E-Filed on February 22, 2010

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

In re:

**SEEMA KHAN**

Debtor(s).

Chapter 13
Case No. 09-20093-bam

DATE:  3/16/2010
TIME:  1:30 p.m.

**OPPOSITION TO MOTION FOR RELIEF FROM AUTOMATIC STAY**

COMES NOW, the Debtor, SEEMA KHAN, by and through her attorneys, NARRAH F. NEWARK of NEWARK & NEWARK LAW FIRM, and respectfully requests this Court to deny the MOTION FOR RELIEF FROM THE AUTOMATIC STAY filed by WELLS FARGO BANK NA, by and through its attorneys, GREGORY L. WILDE of WILDE & ASSOCIATES and TIFFANY & BOSCO.

**POINTS AND AUTHORITIES**

11 USC Section 362 (d) (1) states that the Court may terminate, modify or condition stay

"for cause, including the lack of adequate protection of an interest in property of such party in interest;---"

11 USC Section 362 (d) (2) the Court may terminate, modify or condition a stay

"with respect to a stay of an act against property under subsection (a) of this section, if-

(A)  the debtor does not have an equity in such property AND

(B)  such property is not necessary to an effective reorganization

## STATEMENT OF FACTS

Debtor's property has liens of approximately $218,933.91 for the property located at 5965 Indian Sunset St., Las Vegas, NV 89148, and the home is necessary for an effective reorganization. Debtor believes that she may have minimal equity in the property.

11 USC Section 362 (d) (1) may apply as:

1. Debtor acknowledges that if she is late on the post petition mortgage payments, she will need some time to acquire the necessary funds to cure all post-petition arrearages.

2. Debtor's intention is to stay current on future post-petition mortgage payments.

THEREFORE, Debtor requests that the motion filed be denied under 11 USC Section (d) (1) or (2), and that any action on creditor's behalf be stayed for an adequate amount of time to allow Debtor to become current on the post petition mortgage arrearages, if necessary, and/or to Stipulate to an Order Re Adequate Protection.

Respectfully submitted:

NEWARK & NEWARK

By: /s/ NARRAH F. NEWARK
NARRAH F. NEWARK, ESQ.
NB#008201
Attorney for Debtor(s)

## CERTIFICATE OF MAILING OF OPPOSITION TO MOTION
## FOR RELIEF FROM AUTOMATIC STAY

I hereby certify that on __February 22, 2010__, I faxed and mailed a true and correct copy by facsimile and by first class mail, postage prepaid, to the below named the OPPOSITION TO MOTION FOR RELIEF FROM AUTOMATIC STAY:

Wells Fargo Bank NA
c/o Greg Wilde, Esq.
Wilde & Associates
208 S. Jones
Las Vegas, NV 89107
**VIA FACSIMILE & ECF**

Rick Yarnall, Trustee
701 E Bridger #820
Las Vegas, NV 89101
**VIA ECF**

Seema Khan
5965 Indian Sunset St.
Las Vegas, NV 89148

/s/ Betsy L. Smith
An employee of NEWARK & NEWARK LAW FIRM